### JAMES O'BRIEN *v.* SIDNEY ROME

INGLIS, C. J., BALDWIN, O'SULLIVAN, WYNNE and DALY, JS.

Argued January 7—decided February 9, 1954

*Milton Krevolin,* with whom, on the brief, were *Morton E. Cole, Cyril Cole* and *A. Arthur Giddon,* for the appellant (plaintiff).

*Jacob Bresnerkoff,* with whom was *Samuel Freed,* for the appellee (defendant).

O'SULLIVAN, J. The legal situation in this case is identical with that in *Stanley* v. *Hartford,* decided

this day. The determination of the issues in that case is decisive of those in the case at bar.

There is no error.

In this opinion the other judges concurred.